**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIDEWATER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-128C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of 35 days, to and including Monday, June 9, 2008, within which to respond to the complaint. Our response is now due on May 5, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that he will not oppose this request for an enlargement of time.

Counsel for the defendant timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. Counsel for the agency has not yet provided counsel for the defendant with the litigation report. Counsel for the agency reports that she has received materials from the contracting officer, she has been working to prepare the litigation report, and she will send the completed litigation report to counsel for the defendant in the near future. However, counsel for the agency cannot guarantee that the litigation report will be ready prior to the current deadline for the defendant's answer or other responsive pleading. Additionally, even if the litigation report were finalized and sent to counsel for the defendant prior to the current deadline, counsel for the defendant has previously scheduled activities in his other cases that would prevent him from immediately reviewing the litigation report and

preparing the defendant's responsive pleading before May 5, 2008, including, but not limited to: extensive travel between California and New York for discovery during the weeks of April 21, April 28, and May 12, 2008, for T.B. Penick & Sons, Inc. v. United States, Fed. Cl. No. 06-463C; travel to Florida for discovery during the week of May 5, 2008, in Native American Contractors v. United States, Fed. Cl. No. 07-279C; preparing a motion for summary judgment in Burchick Construction Co., Inc. v. United States, Fed. Cl. No. 08-15C; continuing preparation for a mediation on June 3-4, 2008, in T.B. Penick & Sons, Inc. v. United States, Fed. Cl. No. 06-463C (which will take place in San Diego, California); and ongoing responsibilities in the bid protest Hallmark Phoenix 3 LLC v. United States, Fed. Cl. No. 08-192.

Therefore, we anticipate that an additional 35 days are required to prepare our responsive pleading.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 35 days, to and including Monday, June 9, 2008. Additionally, the defendant requests that the pre-discovery status conference, currently scheduled for May 6, 2008, be stayed until at least June 10, 2008, at which time the defendant will have filed its answer or other responsive pleading, and the issues in this case will be joined.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, Jr.
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

April 25, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on April 25, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak