# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
TIDEWATER CONTRACTORS, INC., *
Plaintiff, *
v. * No. 08- 128C
* Filed: May 1, 2008
UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 35 days, to and including June 9, 2008, within which to file its answer. The court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its response to plaintiff's complaint on or before **Monday, June 9, 2008**. The court also **RESCHEDULES** the status conference set for Tuesday, May 6, 2008, at 2:30 p.m., for **Friday, June 20, 2008, at 2:30 p.m. EDT**. The parties should be prepared to discuss a schedule for further proceedings after having conferred with each other. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Yazbeck at (503) 227-1428, and Mr. Wolak at (202) 616-0170.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**