IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TIDEWATER CONTRACTOR'S, INC. )
) No. 08-128C
Plaintiff, ) Judge Marion Blank Horn
vs. )
)
THE UNITED STATES OF AMERICA, )
)
Defendant. )
____________________________________ )

**MOTION TO AMEND COMPLAINT**

Plaintiff moves to amend its complaint pursuant to RFCC 15. The proposed Amended Complaint adds factual allegations concerning the amount of time allowed by change orders and a previous Board of Contract Appeals Decision. It also adds allegations concerning how the time allowed effected the contract time. Defendant's counsel objects to this amendment.

DATED this ____ day of June, 2008.

____________________________________
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Ave., Suite 2750
Portland, Oregon 97201
Tel: 503-227-1428
Fax: 503-227-4866