# In the United States Court of Federal Claims

| | |
|---|---|
| TIDEWATER CONTRACTORS, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 08-128C<br>Filed: June 26, 2008 |

## O R D E R

The court is in receipt of the plaintiff's June 25, 2008, motion to amend the complaint. Plaintiff represents that defendant objects to the proposed amendment. On or before **Thursday, July 10, 2008**, defendant shall file a response, explaining its opposition to plaintiff's motion. At this time, the current schedule remains unaffected by plaintiff's motion: on or before **Friday, July 25, 2008**, the parties shall file a joint stipulation of facts. The joint stipulation of facts shall be thorough and comprehensive, and contained in a single document, setting forth specific stipulations of agreed upon facts, with appropriate citations to supporting documents in an accompanying appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be a material issue in the case. Pursuant to RCFC 56(h)(3), the joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and a response thereto. On or before **Friday, July 25, 2008**, the parties also shall file a joint statement of issues of law, to focus the issues being briefed by the parties. On or before **Friday, August 29, 2008**, defendant shall file an opening brief in support of its motion for summary judgment. On or before **Friday, October 3, 2008**, plaintiff shall file its combined response to defendant's motion, and its own cross-motion for summary judgment. On or before **Monday, October 20, 2008**, defendant shall file its reply brief. On or before **Monday, November 3, 2008**, plaintiff shall file a reply brief on its cross-motion. The parties shall indicate in their briefs whether or not oral argument on their cross-motions for summary judgment is requested.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**