# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**TIDEWATER CONTRACTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 08-128C**
**Filed: July 14, 2008**

**O R D E R**

The court held a status conference in the above-captioned case on July 14, 2008, with the parties appearing by telephone. After discussion with the parties, the court finds that amendment of the complaint is unnecessary. After discussion with the parties it is clear that the proposed amendments do not represent additional claims, but rather are preferred articulations of plaintiff's argument of claims already included in the complaint and of which the defendant indicates it is already on notice. Plaintiff's motion to amend the complaint, therefore, is **DENIED**.

The current schedule remains unchanged. On or before **Friday, July 25, 2008**, the parties shall file a joint stipulation of facts. The joint stipulation of facts shall be thorough and comprehensive, and contained in a single document, setting forth specific stipulations of agreed upon facts, with appropriate citations to supporting documents in an accompanying appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be a material issue in the case. Pursuant to RCFC 56(h)(3), the joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and a response thereto. On or before **Friday, July 25, 2008**, the parties also shall file a joint statement of issues of law, to focus the issues being briefed by the parties. On or before **Friday, August 29, 2008**, defendant shall file an opening brief in support of its motion for summary judgment. On or before **Friday, October 3, 2008**, plaintiff shall file its combined response to defendant's motion, and its own cross-motion for summary judgment. On or before **Monday, October 20, 2008**, defendant shall file its reply brief. On or before **Monday, November 3, 2008**, plaintiff shall file a reply brief on its cross-motion. The parties shall indicate in their briefs whether or not oral argument on their cross-motions for summary judgment is requested.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**