**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIDEWATER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-128C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATEMENT OF ISSUES OF LAW**

Pursuant to this Court's July 14, 2008 order, the parties jointly and respectfully submit this joint statement of issues of law. The issues of law to be decided by the Court in the parties' forthcoming cross-motions for partial summary judgment is:

1. Whether plaintiff Tidewater Contractors, Inc. is entitled to a winter suspension between November 15, 2005 and April 24, 2006, in connection with its performance under contract no. DTFH68-04-C-00003.

2. Whether plaintiff Tidewater Contractors, Inc. is entitled to the return of liquidated damages assessed against it for time between November 15, 2005 and April 24, 2006.

3. Whether plaintiff Tidewater Contractors, Inc. is entitled to the return of liquidated damages assessed against it for time between May 26, 2006 and May 29, 2006.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginal T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Joseph A. Yazbeck, Jr.
JOSEPH A. YAZBECK, JR.
Yazbeck, Cloran & Hanson, LLC
1300 SW 5th Ave.
Suite 2750
Portland, Oregon 97201
Tel. (503) 227-1428
Fax. (503) 227-4866

Attorney for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

Attorneys for Defendant

July 30, 2008

**CERTIFICATE OF FILING**

I hereby certify that on July 30, 2008, a copy of the foregoing "JOINT STATEMENT OF ISSUES OF LAW" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak