**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIDEWATER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-128C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of 14 days, to and including Friday, September 12, 2008, within which to file its motion for summary judgment. Our motion is currently scheduled to be filed on August 29, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that he will not oppose this request for an enlargement of time.

The requested enlargement is necessary because, although counsel for the defendant has been working diligently to prepare the Government's motion for summary judgment, his responsibilities to his other cases have limited the amount of time he has been able to devote to this case in recent weeks. In addition to his responsibilities for this case, counsel for the defendant had been working upon: (1) preparing for and conducting a mediation in T.B. Penick & Sons, Inc. v. United States, Fed. Cl. No. 06-463C, which included multiple trips to San Diego (and discovery and settlement efforts in that case remain ongoing); (2) conducting discovery in Alvarez Engineering, Inc. v. United States, Fed. Cl. No. 07-565C; (3) oral argument in Hogan v. Peake, Fed. Cir. No. 2007-7177; (4) engaging in settlement negotiations in Native American Contractors v. United States, Fed. Cl. No. 07-270C; (5) preparing responsive pleadings in Annuity Transfers Ltd., et al. v. United States, Fed. Cl. No. 08-386, and Settlement Funding

LLC, et al. v. United States, Fed. Cl. No. 08-398C; (6) preparing a response to the amicus brief filed in Prochazka v. United States, Fed. Cl. No. 06-827C; (7) conducting some expedited depositions in KI Liquidation, Inc. v. United States, Fed. Cl. No. 06-465C, to accommodate the witnesses' international travel schedules; (8) responding to various post-judgment motions and performing internal post-judgment work for Agredano-Rivera v. United States, Fed. Cl. No. 05-608C; and (9) preparing to be married on September 20, 2008 (and be out of the office for the following 2 weeks) (not really work-related, but time-consuming nonetheless).

This workload has left counsel for the defendant with insufficient time to fully and finally prepare the Government's motion for summary judgment by the current deadline of August 29, 2008. We anticipate that an additional 14 days will be required to prepare and to file our motion. If the Court grants this motion, we respectfully request also that the other deadlines in the briefing schedule be adjusted accordingly.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division

Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

August 26, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 26, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Devin A. Wolak