# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **TIDEWATER CONTRACTORS, INC.,** | |
| **Plaintiff,** | **No. 08- 128C** |
| **v.** | **Filed: August 28, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 14 days, to and including September 12, 2008, within which to file its motion for summary judgment. As requested, the court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its motion for summary judgment on or before **Friday, September 12, 2008**. The court also **RESCHEDULES** the deadline for the subsequent briefs and motions from both parties due to this court. On or before **Friday, October 17, 2008**, plaintiff shall file its combined response to defendant's motion, and its own cross-motion for summary judgment. On or before **Monday, November 3, 2008**, defendant shall file its reply brief. On or before **Monday, November 17, 2008**, plaintiff shall file a reply brief on its cross-motion. As indicated in the June 24, 2008 order by this court, the parties shall indicate in their briefs whether or not oral argument on their cross-motions for summary judgment is requested.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**